26-mj-7094-JCB

### AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF
### A CRIMINAL COMPLAINT

I, Timothy Taber, having been sworn, state:

### Introduction and Agent Background

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018.  I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking.  In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2.      I am currently assigned to the HSI New England Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes.  As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity.   Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3.      I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled

purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

**Purpose of Affidavit**

4.      I submit this affidavit in support of an application for a criminal complaint charging Oscar Gonzalez Melo with violations of 7 U.S.C. § 2024(b), Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits; 18 U.S.C. § 1035, False Statements Relating to Health Care Matters; 18 U.S.C. § 1028A, Aggravated Identity Theft; and 42 U.S.C. § 408, False Statements Related to Social Security Benefits.

5.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint.

**Background Information on SNAP**

6.      SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

7.      Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary

through the facilities of the Treasury of the United States. 7 U.S.C. § 2024(d). USDA administers SNAP nationally. Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").

8.      To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen, such as Lawful Permanent Resident (LPR) who has earned, or can be credited with, 40 quarters of work. An applicant for SNAP benefits must also provide proof of their identity; i.e., the applicant must be the person who they claim to be. An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

9.      Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device (commonly and hereinafter referred to as an "EBT terminal") which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

10.     An applicant for SNAP benefits must provide complete and accurate information both at the time of application and on an ongoing basis in order to properly assess initial and continued eligibility for benefits.  All applicants must acknowledge this in the application.  It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA.

**Probable Cause**

**The Victim and the Imposter Receive SNAP Benefits Concurrently
In Puerto Rico and Massachusetts**

11.     The HSI New England DBFTF is currently investigating a group of undocumented persons who are believed to have obtained stolen identities of United States citizens, most of whom reside in Puerto Rico, and used those identities to obtain public benefits that they would not otherwise be eligible to receive, such as Social Security Numbers ("SSN"), SNAP, Supplemental Security Income, Social Security Disability Insurance and MassHealth benefits.

12.     In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and Social Security numbers) receiving SNAP benefits in multiple states in the month of December 2024 and March of 2023. It is unlawful for a person to receive SNAP benefits in more than one state in any month.

13.     In December 2024, A.M.M.[1] received SNAP benefits in Massachusetts and Puerto Rico within the same month. An identity receiving SNAP and other government benefits in more than one state during the same month is an indicator of identity theft.

**True Identity of the Victim in Puerto Rico**

14.     I have obtained a record of Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the PR driver's license of A.M.M.M. The record indicates that A.M.M.M. has the date of birth xx-xx-1967 and SSN xxx-xx-1943.[2] The record also contains a

---

[1] The identity of victim A.M.M. is known to the government. The victim's full name is A.M.M.M. In order, these initials represent the victim's first name, middle name, paternal last name and maternal last name. To protect the victim's privacy, only the initials "A.M.M.," "A.M.M.M.," and "A.M." are used in this affidavit to reflect the variations of the victim's full name.

[2] The date of birth and social security number are partially redacted to protect the victim's privacy. Unless otherwise noted, the date of birth ending in 1967 and social security number ending in 1943 are identical throughout this Complaint Affidavit.

photograph of a man whom I believe to be the real A.M.M.M.

# REDACTED

*Photograph of A.M.M. - Puerto Rico driver's license*

**Use of the Victim A.M.M. Identity at the Massachusetts RMV**

15.    Massachusetts Registry of Motor Vehicles (RMV) records that I have reviewed show that an individual using the A.M.M. identity interacted with the Massachusetts RMV in 2000, 2001, 2005, 2012, 2017, 2020, 2021, 2023, and 2025. Photographs of the individual purporting to be A.M.M. were taken in 2000, 2012, and twice in 2025. The RMV photographs associated with the A.M.M. identity, below, appear to depict the same individual, but are not consistent with the appearance of the individual believed to be the real A.M.M. whose photograph is included above.

*RMV 2000*        *RMV 2012*        *RMV 6/20/25*        *RMV 6/27/25*



16.    On or about June 20, 2025, the individual posing as A.M.M. applied for a MA REAL ID driver's license. On the application, the individual represented himself as A.M.M.M. with date of birth xx-xx-1967 and SSN xxx-xx-1943.

**Passport Fraud**

18.    On May 3, 2006, records that I have reviewed show that a man appeared in person at the U.S. Post Office in Roxbury, MA and applied for a U.S. passport. On the application, the individual represented himself as A.M.M. with date of birth xx-xx-1967 and SSN xxx-xx-1943, and he listed an address in Dorchester, MA. Attached to the passport application was a Puerto Rican birth certificate issued on May 23, 2000, for A.M.M., date of birth xx-xx-1967. Also included in the passport application was the photograph of the applicant below.



*2006 imposter photograph from U.S. passport application*

19.    The application was flagged by the U.S. State Department and referred for investigation due to apparent indicators of fraud. The investigation was closed years later because the subject could not be located. The records that I have reviewed indicate that the passport was not granted.

**The Imposter Received MassHealth Benefits in Victim's Name
Based on False Statements**

20.    The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts. Providing false material information to obtain health

benefits is unlawful. *See, e.g.*, 18 U.S.C. § 1035.

21.     According to MassHealth records, the individual using the A.M.M. identity applied for MassHealth benefits in or around December 2012, and again in or around January 2017. On the 2017 MassHealth application, the individual claiming to be A.M.M. identified himself as A.M.M. and provided a date of birth xx-xx-1967, SSN xxx-xx-1943, and a home address in Dorchester, MA. Attached to that application, the individual using the A.M.M. identity included a photocopy of a Massachusetts identity card under the name A.M.M., ID number Sxxxx9343.

22.     According to MassHealth records, in or about September 2023, the individual using the A.M.M. identity submitted an affidavit to MassHealth. In the Affidavit, the individual asserted that he was A.M.M., stated his birth date as xx-xx-1967, and provided the MassHealth ID number associated with the 2017 MassHealth application referenced above, thereby asserting that the affiant was the applicant for the 2017 MassHealth application.

23.     Since March 2013, MassHealth has provided payments totaling approximately $78,932 to the individual using the A.M.M. identity.

**From 2012-2026, the Imposter Obtains SNAP Benefits in the Victim's Name**

24.     According to MA DTA records, an individual claiming to be A.M.M. applied for SNAP benefits in Massachusetts on or about April 20, 2020. On the application, the applicant represented that he was A.M., with DOB xx-xx-1967 and SSN xxx-xx-1943. He provided an address in Woburn, Massachusetts. Also on that application, in response to a request that the applicant certify that he and all the members of his household were U.S. citizens, the applicant claiming to be A.M.M. marked "yes."[3]

---

[3] This language reflects a translation from the form, which was in Spanish, and the check box, also in Spanish.

25.      According to MA DTA, between November 2012 and January 2026, the individual

posing as A.M.M. received $33,077 in SNAP benefits from Massachusetts.[4]

**Imposter Applied for Social Security Benefits in Victim's Name in 2026**
**Based on False Statements, Application Pending**

26.      Social Security Insurance ("SSI") provides monthly payments to people who have

a disability that stops or limits their ability to work.  Non-citizens may be eligible for such benefits,

but they must have some form of lawful status. Providing false material information to obtain

Social Security benefits is unlawful. *See, e.g.*, 42 U.S.C. § 408.

27.      On or about January 9, 2026, the individual using the A.M.M. identity applied for

Social Security Insurance for memory loss, diabetes, high blood pressure, high cholesterol,

prostate issues, and insomnia.

28.      In the application, the individual represented that he is A.M.M.M. and stated his

social security number as xxx-xx-1943 and date of birth as xx-xx-1967. He further represented "I

am a United States citizen by birth" and "I never lived outside the United States." The application

includes this further attestation: "You declared under penalty of perjury that all the information on

this summary is true and correct to the best of your knowledge. Anyone who knowingly gives a

false or misleading statement about a material fact in an application, or causes someone else to do

so, commits a crime and may be sent to prison or may face other penalties, or both." The

application is still pending.

**Imposter's Criminal History in Victim's Name**

29.      The individual using the A.M.M. identity has numerous convictions in the name of

the victim, A.M.M. In 2003, he was convicted of possession with intent to distribute a controlled

---

[4] A.M.M.M. did not continuously receive SNAP benefits during this entire period of time. For
example, when he was incarcerated, he would not have received benefits.

substance and distribution of a controlled substance in Suffolk Superior Court, all in the victim's name. He was sentenced to three to five years in prison. *See* Docket No. 0284-cr-10069. He was concurrently convicted of possession with intent to distribute a Class B substance and sentenced to one year of probation. *See* Docket No. 0284-cr-10068.

30.    While he was imprisoned, in March of 2005, state authorities took the following photographs of the individual posing as A.M.M. According to Massachusetts records, he listed 10 Intervale Street, Dorchester, MA—the same address as was used in the passport application above—as the release address when he was released from prison in October 2005.



*2005 photographs of the imposter from his period of incarceration*

31.    In July 2013, the individual posing as A.M.M. was convicted of two counts of unlawful distribution of a Class A substance and one count of possession with intent to distribute a Class B substance in Suffolk Superior Court in the victim's name. He was sentenced to one year of probation. *See* Docket No. 1184-cr-11315.

32.    In June 2018, the individual using the A.M.M. identity was convicted of possession with intent to distribute a Class A substance and two counts of possession with intent to distribute a Class B substance in the victim's name. He was sentenced to two years' incarceration. *See* Docket No. 1784-cr-00321.

**The Imposter's True Identity – Dominican Republic Citizen Oscar Gonzalez Melo**

33.     As explained below, investigators have confirmed that the fingerprints obtained from the individual using the A.M.M. identity were identified as coming from the same individual as the fingerprints of a national and citizen from the Dominican Republic, Oscar Gonzalez Melo (GONZALEZ MELO).

34.     According to the Dominican Republic Cedula database, GONZALEZ MELO is a national and citizen of the Dominican Republic with a date of birth xx-xx-1966, and a Cedula bearing number xxx-xxxx-1230. The Cedula record includes fingerprint impressions and the image of GONZALEZ MELO below.



*Oscar Gonzalez Melo – Dominican Republic Cedula Identification Photo*

35.     When GONZALEZ MELO was arrested by BPD on Dec. 7, 2001, BPD obtained his fingerprint impressions. These were submitted to the Federal Bureau of Investigations (FBI).

36.     On or about February 10-11, 2026, a senior fingerprint specialist at the Homeland Security Investigations Forensic Laboratory produced a report comparing the electronically submitted fingerprint card bearing fingerprint impressions and the name A.M.M.M. submitted to the FBI on December 7, 2001, to the electronically submitted fingerprint record from the cedula for GONZALEZ MELO. The report provides that the fingerprint impressions "were visually examined and identified as being made by the same individual," based on a "comparative analysis

of the friction ridge detail for the impressions."

37.    A review of federal records has confirmed that GONZALEZ MELO has not been lawfully admitted into the United States.

38.    Based on the information above, a comparison of the photographs, and additional records that I have reviewed as reflected in the facts above, I believe that the individual who applied in A.M.M.'s name for the SNAP benefits in Massachusetts, SSI in Massachusetts, MassHealth, and the 2006 U.S. passport was the same individual who committed the crimes reflected in the criminal history above. Based on the foregoing information, I believe that the individual's true identity is Oscar GONZALEZ MELO, and that he is a citizen and national of the Dominican Republic without lawful status in the United States.

| Dominican Republic True ID | Incarceration (2005) | Passport App (2006) | Mass. DL (2025) |
|---|---|---|---|
|  |  |  |  |

39.    I further believe that this individual is not A.M.M., the true identity of the victim from Puerto Rico, pictured above.

### Conclusion

40.    For the reasons above, I submit that there is probable cause to believe that from between March 2021 and January 2026, GONZALEZ MELO, posing as A.M.M., did knowingly use, transfer, acquire, or possess $14,568 in SNAP benefits obtained in any manner contrary to the laws and regulations governing the issuance of such benefits, in violation of 7 U.S.C. § 2024(b).

26-mj-7094-JCB

41.     I further submit that there is probable cause to believe that in or about September 2023, GONZALEZ MELO, posing as A.M.M., made a materially false statement in connection with his submission of information for the purpose of receiving MassHealth benefits—namely, misrepresenting his identity as A.M.M. and his eligibility to receive Medicaid benefits, in violation of 18 U.S.C. § 1035.

42.     In addition, I submit that there is probable cause to believe that on or about January 9, 2026, GONZALEZ MELO, posing as A.M.M., submitted a false statement in connection with an application for Social Security benefits in violation of 42 U.S.C. § 408.

43.     Finally, I submit that there is probable cause to believe that on or about January 9, 2026, GONZALEZ MELO, posing as A.M.M., did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028A(c), to wit, making false statements to obtain social security benefits, and without lawful authority, a means of identification of another person, namely, A.M.M., in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury,

Timothy Taber by JCB
_____
Special Agent Timothy Taber
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 12 day of January 2026.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE